**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVIN HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>S. SZTUKOWSKI, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01116-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE IN FULL WITHIN THIRTY DAYS OR THE ACTION WILL BE DISMISSED<br><br>[ECF Nos. 3, 4] |

      Plaintiff Marvin Harris is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On September 18, 2019, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff not be allowed to proceed in forma pauperis and to pay the $400.00 filing fee because he has incured three or more strikes pursuant to 28 U.S.C. § 1915(g). The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. Over fourteen days have passed and no objections were filed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations filed on September 18, 2019, are adopted in full;
2. Within thirty (30) days from the date of service of this order, Plaintiff shall pay the $400.00 filing in full; and
3. The failure to pay the filing fee in full will result in dismissal of the action without further notice.

IT IS SO ORDERED.

Dated: October 22, 2019

SENIOR DISTRICT JUDGE