# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>S. SZTUKOWSKI, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01116-AWI-SAB (PC)<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY THE FILING FEE<br><br>[ECF No. 5] |

Plaintiff Marvin Harris is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 11, 2019, the Court denied Plaintiff's application to proceed in forma pauperis and directed Plaintiff to pay the $400.00 filing fee in full within thirty days. (ECF No. 5.) The Court specifically advised Plaintiff that the failure to pay the filing fee would result in the action being dismissed. (Id.) More than thirty days have passed, and Plaintiff has failed to pay the $400.00 filing fee. Accordingly, the instant action is dismissed, without prejudice.

IT IS SO ORDERED.

Dated:   December 13, 2019

                       SENIOR DISTRICT JUDGE

1